UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH J. LIFRIERI,

                Plaintiff,

  -against-

RESTORATION & RELOCATION 1 BYNEXT, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

24-CV-03867 (PMH)

PHILIP M. HALPERN, United States District Judge:

A telephonic pre-motion conference was held today regarding Defendants' request to move to compel arbitration and for a stay. (Doc. 35). Counsel for all parties appeared.

As discussed at the conference, the parties withdrew their respective letters requesting and opposing a motion to compel arbitration. (Docs. 35-36). The Court further directed Defendants to, by **January 20, 2025**, provide Plaintiff with documents to resolve the issue regarding Plaintiff's ownership interest. Moreover, the Court directed the parties to meet and confer and, by **January 20, 2025**, file a letter advising the Court whether they: (i) agree to proceed to arbitration; or (ii) intend to proceed with a settlement conference before the Magistrate Judge. To the extent that parties choose to arbitrate, they shall additionally file a proposed order and stipulation to that effect.

Dated: White Plains, New York
       December 19, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge